It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Lindley, Sconiers and Whalen, JJ. **[Prior Case History: 40 Misc 3d 1205(A), 2013 NY Slip Op 51041(U).]**

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK BRIDENBAKER, Appellant. [976 NYS2d 921]—

Appeal from a judgment of the Erie County Court (Kenneth F. Case, J.), rendered October 25, 2012. The judgment convicted defendant, upon his plea of guilty, of reckless assault of a child.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of reckless assault of a child (Penal

Law § 120.02 [1]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived his right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]). "Although County Court's colloquy was brief, defendant signed a detailed written waiver of the right to appeal . . . , and he acknowledged to the court that he understood that he was foregoing the right to appeal" (*People v Luper*, 101 AD3d 1668, 1668 [2012], *lv denied* 20 NY3d 1101 [2013]; *see People v Ramos*, 7 NY3d 737, 738 [2006]; *cf. People v Bradshaw*, 18 NY3d 257, 267 [2011]). The valid waiver encompasses defendant's challenge to the severity of the sentence (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.